DEFENDANT:  IKPONMWOSA PERO ERHINMWINROSE

YEAR OF BIRTH: 1986

COMPLAINT FILED?  _____ YES  __X__ NO

     IF YES, PROVIDE MAGISTRATE CASE NUMBER: N/A

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  _____ YES  __X__ NO

OFFENSES:        Count 1:  18 U.S.C. § 1349 Wire Fraud Conspiracy

              Count 2:  18 U.S.C. §§ 1956(h), 1956(a)(1)(A)(i), 1956(a)(1)(B)(i) Conspiracy to Commit Money Laundering (Promotion and Concealment)

              Counts 3-4, 12-15:  18 U.S.C. § 1343 Wire Fraud

              Counts 16-18: 18 U.S.C. § 1028A Aggravated Identity Theft

LOCATION OF OFFENSE: Denver, Colorado

PENALTY:        Counts 1, 3-4, 12-15: Imprisonment of NMT 20 years, a fine of NMT $250,000 or NMT the greater of twice the gross pecuniary gain or twice the gross pecuniary loss resulting from the offense, or both fine and imprisonment; $100 special assessment; a term of supervised release NMT 3 years; restitution and forfeiture.

              Count 2: Imprisonment of NMT 20 years, a fine of NMT $500,000 or twice the value of the property involved in the transaction, whichever is greater, or both fine and imprisonment; $100 special assessment; a term of supervised release of NMT 3 years; restitution and forfeiture.

              Counts 16-18: Imprisonment of NLT 2 years (mandatory minimum), to run consecutively to underlying felony violation

AGENT:          Matthew Zimmerman, Special Agent, TIGTA
Patrick Hamlette, Special Agent, FDIC-OIG
Heather McCormick, Special Agent, SBA-OIG

AUTHORIZED BY:  Craig G. Fansler, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

____ five days or less   _X_ over five days   ____ other

THE GOVERNMENT **will** seek detention in this case.

OCDETF case: NO