DEFENDANT:          VICTOR HENSHAW TOBORE a/k/a DAVID BADRU

YEAR OF BIRTH:   1994

COMPLAINT FILED?   _____ YES   __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:  N/A

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   _____   YES   __X__ NO

OFFENSES:          Count 2:  18 U.S.C. §§ 1956(h), 1956(a)(1)(A)(i), 1956(a)(1)(B)(i) Conspiracy to Commit Money Laundering (Promotion and Concealment)

LOCATION OF OFFENSE: Denver, Colorado

PENALTY:          Count 2: Imprisonment of NMT 20 years, a fine of NMT $500,000 or twice the value of the property involved in the transaction, whichever is greater, or both fine and imprisonment; $100 special assessment; a term of supervised release of NMT 3 years; restitution and forfeiture.

AGENT:          Matthew Zimmerman, Special Agent, TIGTA
Patrick Hamlette, Special Agent, FDIC-OIG
Heather McCormick, Special Agent, SBA-OIG

AUTHORIZED BY:  Craig G. Fansler, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less   __X__ over five days _____ other

THE GOVERNMENT **will** seek detention in this case.

OCDETF case: NO