DEFENDANT:  NYERHOVWO PRESLEY AGBURE

YEAR OF BIRTH: 1991

<u>COMPLAINT FILED?</u>  _____ YES  __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:  N/A

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?</u>  _____ YES  __X__ NO

OFFENSES:        Count 2:  18 U.S.C. §§ 1956(h), 1956(a)(1)(A)(i), 1956(a)(1)(B)(i) Conspiracy to Commit Money Laundering (Promotion and Concealment)

                Counts 5-11:  18 U.S.C. § 1343 Wire Fraud

LOCATION OF OFFENSE: Denver, Colorado

PENALTY:        <u>Count 2</u>: Imprisonment of NMT 20 years, a fine of NMT $500,000 or twice the value of the property involved in the transaction, whichever is greater, or both fine and imprisonment; $100 special assessment; a term of supervised release of NMT 3 years; restitution and forfeiture.

                <u>Counts 5-11</u>: Imprisonment of NMT 20 years, a fine of NMT $250,000 or NMT the greater of twice the gross pecuniary gain or twice the gross pecuniary loss resulting from the offense, or both fine and imprisonment; $100 special assessment; a term of supervised release NMT 3 years; restitution and forfeiture.

AGENT:        Matthew Zimmerman, Special Agent, TIGTA
Patrick Hamlette, Special Agent, FDIC-OIG
Heather McCormick, Special Agent, SBA-OIG

AUTHORIZED BY:  Craig G. Fansler, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less  __X__ over five days  _____ other

THE GOVERNMENT **will** seek detention in this case.

OCDETF case: NO