DEFENDANT:         OREOLUWA ABDUL-JABBAR ELEGBA

YEAR OF BIRTH:   2000

COMPLAINT FILED?   _____ YES   __X__ NO

        IF YES, PROVIDE MAGISTRATE CASE NUMBER:  N/A

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   _____   YES   __X__ NO

OFFENSES:         Count 2:  18 U.S.C. §§ 1956(h), 1956(a)(1)(A)(i), 1956(a)(1)(B)(i)
                  Conspiracy to Commit Money Laundering (Promotion and
                  Concealment)

LOCATION OF OFFENSE: Denver, Colorado

PENALTY:          Count 2: Imprisonment of NMT 20 years, a fine of NMT $500,000 or
                  twice the value of the property involved in the transaction,
                  whichever is greater, or both fine and imprisonment; $100 special
                  assessment; a term of supervised release of NMT 3 years;
                  restitution and forfeiture.

AGENT:            Matthew Zimmerman, Special Agent, TIGTA
                  Patrick Hamlette, Special Agent, FDIC-OIG
                  Heather McCormick, Special Agent, SBA-OIG

AUTHORIZED BY:  Craig G. Fansler, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less   __X__ over five days  _____ other

THE GOVERNMENT **will** seek detention in this case.

OCDETF case: NO